# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNISA MOORE,<br><br>            Plaintiff,<br><br>      v.<br><br>MIGUEL GUTIERREZ and ERIC CROSSON,<br><br>            Defendants. | Case No. LA CV 14-05816-VBF (KK)<br><br>**ORDER**<br><br>**Adopting Report & Recommendation of the United States Magistrate Judge Without Objection;**<br><br>**Directing Entry of Separate Judgment**<br><br>**Terminating and Closing the Case** |

      Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the First Amended Complaint ("FAC") (CM/ECF Document ("Doc") 24), the defendants' motion to dismiss the FAC (Doc 30) and accompanying Request for Judicial Notice (Doc 31), the plaintiff's opposition brief (Doc 35) and accompanying Requests for Judicial Notice (Docs 36-37), the defendants' reply brief (Doc 38), the other relevant records on file, the Report and Recommendation ("R&R") of the Honorable Kenly Kiya Kato, United States Magistrate Judge (Doc 39), and the applicable law.

      No party has filed objections to the R&R within the time allotted by Federal Rule of Civil Procedure 72(b)(2), nor has any party sought an extension of time in

1 | which to file such objections.  Nonetheless, the Court has reviewed the R&R and
2 | finds no error of law, fact, or logic.

**IT IS THEREFORE ORDERED as follows:**

Defendants' Motion to Dismiss **[Doc # 30] is GRANTED.**

Defendants' Request for Judicial Notice **[Doc # 31] is DENIED.**

Plaintiff's Request for Judicial Notice **[Doc # 36] is DENIED.**

The Report and Recommendation **[Doc # 39] is ADOPTED.**

As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.

**This case shall be TERMINATED and closed (JS-6).**

Dated:  September 8, 2016

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge

2