JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNISA MOORE, | Case No. LA CV 14-05816-VBF (KK) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| MIGUEL GUTIERREZ and ERIC CROSSON, | |
| Defendants. | |

Pursuant to the contemporaneously issued Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that all of the federal-law claims set forth in the First Amended Complaint are dismissed with prejudice and without leave to amend, and all of the state-law claims set forth in the First Amended Complaint are dismissed without prejudice.

Dated: September 8, 2016

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge